IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

ANDREW COLEMAN )
and JENNY COLEMAN, )
)
       Plaintiffs, ) TC-MD 150305N
)
   v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
       Defendant. ) **FINAL DECISION**

This Final Decision incorporates without change the court's Decision entered on June 12, 2015. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16.

This matter is before the court on Defendant's Answer, filed June 5, 2015. Plaintiffs filed their Complaint on April 28, 2015, requesting the "removal of additional tax due including penalties and interest" for the 2013 tax year. In its Answer, Defendant stated that "the Assessment was canceled and a refund was issued to Plaintiffs" on the basis of additional documentation received from Plaintiffs. Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION TC-MD 150305N                  1

IT IS THE DECISION OF THIS COURT that, as requested by Plaintiffs and agreed to by Defendant, Defendant shall cancel its Notice of Assessment dated March 17, 2015, thereby removing all additional tax due for the 2013 tax year, including penalties and interest.

Dated this ____ day of June 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on June 29, 2015.*